# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

JERRY PARSONS,

        Plaintiff,

v.                                            CIVIL ACTION NO: 2.25-cv-00262

C.D. MOYERS, a Kanawha County Deputy Sheriff; and
M.A. DINGESS, a Kanawha County Deputy Sheriff,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2025, I electronically filed the "Certificate of Service" evidencing service of "PLANTIFF'S RULE 26(a)(1) DISCLOSURES" with the Clerk of the Court using the CM/ECF system; and served via U.S. Mail and electronic mail, to the following:

        Michael D. Mullins, Esquire
        S. Caleb Davis, Esquire
        STEPTOE & JOHNSON, PLLC
        P.O. Box 1588
        Charleston, WV 25326
        *Counsel for Defendants*

        /s/ John-Mark Atkinson
        John-Mark Atkinson (WVSB #12014)