UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JERRY PARSONS,**

    **Plaintiff,**

v.                                           **CIVIL ACTION NO. 2:25-CV-262**
                                                     (Judge Johnston)

**C.D. MOYERS, a Kanawha County Deputy Sheriff; and**
**M.A. DINGESS, a Kanawha County Deputy Sherriff,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the __29th__ day of September 2025, I served discovery material, namely **"Defendants C.D. Moyers and M.A. Dingess' Rule 26(a)(1) Initial Disclosures"** by placing a true and accurate copy thereof in the regular course of the United States Mail, postage prepaid, in an envelope addressed to counsel as follows:

Mark A. Atkinson, Esq. (WVSB #184)
John-Mark Atkinson, Esq. (WVSB #12014)
ATKINSON & FRAMPTON, PLLC
2306 Kanawha Blvd. E
Charleston, WV  25311

| | |
|---|---|
| | /s/ Michael D. Mullins |
| | Michael D. Mullins, Esquire (WVSB #7754) |
| **STEPTOE & JOHNSON PLLC** | S. Caleb Davis, Esquire (WVSB #13833) |
|     **Of Counsel** | Chase Tower, 17th Floor |
| | 707 Virginia Street East |
| | Post Office Box 1588 |
| | Charleston, WV 25326-1588 |
| | Telephone:  304-353-8000 |
| | Facsimile:   304-933-8704 |
| | Michael.Mullins@steptoe-johnson.com |
| | Steven.Davis@steptoe-johnson.com |